UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> -v- <br><br> NICOLAS EPSKAMP, <br><br> Defendant. | No. 12-cr-120 (RJS) <br> <u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

On November 6, 2020, the Court received the defendant's motion for sentencing reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 342.) IT IS HEREBY ORDERED THAT the government shall respond to the defendant's motion no later than November 20, 2020.

SO ORDERED.

Dated: November 11, 2020
New York, New York

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　Sitting by Designation