LAW OFFICES OF
# LONDON & ROBIN

IRA D. LONDON (ret. 2017)
AVROM ROBIN

———

99 PARK AVENUE
SUITE 2600
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
avrom@mindspring.com

<u>FILED VIA ECF</u>

November 23, 2020

The Honorable Richard J. Sullivan
United States Court of Appeals for the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

           Re:   <u>United States v. Nicolas Epskamp</u>
                 12 Cr. 120 (RJS)

Dear Judge Sullivan:

      I write to update the Court on the status of Mr. Epskamp's motion for compassionate release, which I filed on November 6, 2020.

      The Government filed their response to Mr. Epskamp's motion on November 20, 2020.

      My request today is for permission to file a short reply by December 1, 2020.

      The Government, by A.U.S.A. Ian McGinley, has no objection to this request.

Respectfully submitted,

*[signature]*

AVROM ROBIN

C:    A.U.S.A. Ian McGinley (via ECF and email)

---

```
IT IS HEREBY ORDERED THAT Defendant shall
file his reply by December 1, 2020.

SO ORDERED.
Dated: November 23, 2020
New York, New York
```
*[signature]*
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation