UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

NICOLAS EPSKAMP,

                Defendant.

No. 12-cr-120 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

       The Court is in receipt of the attached letter from Defendant Nicolas Epskamp, dated April 30, 2021 but received in chambers on May 14, 2021, in which the Defendant requests that the Court strike a line from his previously filed (and subsequently denied) motion for a sentencing reduction. (Doc. No. 342.) The request is respectfully DENIED. The Clerk of Court is directed to send a copy of this order to the Defendant at his current address.

SO ORDERED.

Dated:     May 18, 2021
             New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation

From: Nicolas Epskamp # 67584-054
   FCI Allenwood/ PoBox 2000/White Deer, PA

To: Federal Circuit Judge R.J. Sullivan
   US Courthouse/ 500 Pearl Street
   New York, NY 10007

White Deer, April 30 2021

Ref: Case 12-CR-120(RJS)/ WITHDRAWAL OF STATEMENT

Mr. Sullivan,

In my Motion for Sentence Reduction of November 6, 2020, the following sentence/ statement was inserted:
' I admit I knew what was going on'. After long deliberations between Attorney Robin, Esq and me, this came to bear.
It might help for me to leave this country I never/ever wanted to go to. It did not help.
To prevent from referral to in the future - you know how it is with interpretations and spinning in your system-
I must ask you to strike this from the records. Or in this case: add to the Court Records.

I was NOT AWARE of what was going on.

The reply from the government shows clearly how AMATEURISTICALLY this transport was organized. A very, very conspicuous email was sent late October 2011. For chartering a plane to transport 20 pieces of LUGGAGE. Whatever scenario you can come up with: this could not be more suspicious. Some organization! I am considered/ consider myself a very good organizer. And have proven so in the past on a lot of levels: from building projects to festivals and concerts, from political parties to newspaper and a lot in between. With eye for details. Here they checked nothing but only spent money like water. Until the point of no return was reached. The Lebanese who sent the email is now in witness protection.

And CW Podujanec, who behaved like a choir- /altar boy during his testimony from Bogota, lied his heart out. He behaved like a punk when I met him. Arrogantly and very brief - less than five minutes. He spun HIS story to mine. I spent a lot of time with Watson. He told me that 'Pako' had debts from 'a drug deal gone bad'. He had borrowed money from Watson. HE had to give me 1500 additional money but never did. He used that money obviously to escape from the DR.

But ONE PERSON testifying is believed in the federal judicial system. Which is also in this aspect unique in the world. Then that is evidence. Podujanec also accompanied Watson on at least one trip to Guinea. Where they delivered weapons -by plane- to guerillas. Pako smuggled cocaine from Colombia to The Netherlands through apparel sent by TNT/ FedEx.
Pako was not the altar boy when he met me FOR FIVE MINUTES max. A 60 year old like me would empty his heart to a 28 year old punk in that time? I certainly not. I wonder if Pako is still alive. It would surprise me. But he served his purpose and although HEAVILY involved in the organization - he visited Ali in Lebanon- he got time served. I did nothing and......

Anyway, I ask you to add this to the Court Records.

Nicolas Epskamp

RECEIVED 2021 MAY 13 AM 9:20 CLERK'S OFFICE U.S. COURT OF APPEALS