UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

NICOLAS EPSKAMP,

                Defendant.

No. 12-cr-120 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    Defendant Nicolas Epskamp has moved for a reduction in his sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10(d) as amended by Amendment 821 to the Sentencing Guidelines. (Doc. No. 372.) IT IS HEREBY ORDERED THAT the government shall file any opposition to the motion by May 22, 2024. IT IS FURTHER ORDERED THAT Defendant shall file his reply, if any, no later than May 29, 2024.

SO ORDERED.

Dated:    May 6, 2024
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation